Paul M. Carrick, pro per

110 Silverline Road
Los Gatos, CA 95033

Filed
APR 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| PAUL M. CARRICK, | ) Case No.: CV 13-01632-PSG |
| Plaintiff, | ) MOTION FOR PERMISSION TO E-FILE |
| vs. | ) |
| SANTA CRUZ COUNTY, COUNTY RECORDER | ) |
| SEAN SALDAVIA | ) |
| Defendant | ) |

GRANTED
Lucy H. Koh
Judge Lucy H. Koh
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

I request to use Electronic Case Filing ( ECF).

Dated this 11th day of April, 2013

*Paul M Carrick*

Motion for Permission to E-file - 1