Paul M. Carrick, pro per

110 Silverline Road
Los Gatos, CA 95033

**Filed**
APR 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

PAUL M. CARRICK,

    Plaintiff,

  vs.

SANTA CRUZ COUNTY, COUNTY RECORDER
SEAN SALDAVIA

    Defendant

) Case No.: CV 13-01632-PSG
)
) MOTION FOR PERMISSION TO E-FILE

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

I request to use Electronic Case Filing (ECF).

Dated this 11th day of April, 2013

*Paul M. Carrick*

Motion for Permission to E-file - 1