UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL M. CARRICK,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SANTA CRUZ COUNTY ASSESSOR/RECORDER, SEAN SALDAVIA, COUNTY OF SANTA CRUZ,<br><br>　　　　　Defendants. | Case No.: 13-CV-01632-LHK<br><br>ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE |

A hearing on Defendants' Motion to Dismiss Plaintiff's complaint, ECF No. 14, is scheduled for September 26, 2013, at 1:30 p.m, with a case management conference to follow. Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss appropriate for determination without oral argument.  Accordingly, the hearing on the Motion to Dismiss and the case management conference are hereby VACATED.  The Court will issue an order on the Motion to Dismiss shortly.

**IT IS SO ORDERED.**

Dated: September 19, 2013

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge